UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BRIAN MCBETH,

            Plaintiff,

           -against-

UNITED STATES OF AMERICA,

           Defendant.

------------------------------------------------------------x

19-cv-7825 (PAE) (OTW)

16-cr-317-7 (PAE)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

By February 5, 2021, Defendant is directed to file its response to Plaintiff's habeas petition, currently filed on the docket in the related criminal case, *US v. McBeth*, No. 1:16-cr-00317-PAE-7, on the docket in this matter. Going forward, filings must be made on both dockets.

The clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: January 28, 2021
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge