UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BRIAN MCBETH,

Defendant.

16-CR-317-07 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court reappoints Guy Oksendhendler, Esq., to represent defendant McBeth in connection with making a motion for sentence reduction pursuant to Sentencing Guidelines Amendment 821. That motion is due February 7, 2024. The Government's response is due February 14, 2024.

SO ORDERED.

<span style="text-align:right; display:block;">
*Paul A. Engelmayer*  
PAUL A. ENGELMAYER  
United States District Judge
</span>

Dated: January 31, 2024
       New York, New York