UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BRIAN MCBETH,

                Defendant.

16-CR-317-07 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a *pro se* letter from defendant Brian McBeth requesting appointment of counsel in connection with an application for relief under Amendment 821 to the Sentencing Guidelines, as a result of the untimely death of the previously appointed counsel, Guy Oksenhendler, Esq. (Dkt. No. 815). The Court, per order issued February 15, 2024, appointed Richard Palma, Esq., to represent the defendant (Dkt. No. 814). The Clerk of Court is requested to mail copies of this order and the order found at Dkt. No. 814 to the defendant at the below address:

    Brian McBeth #75867-054
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640

SO ORDERED.

                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: February 23, 2024
       New York, New York